## HAMILTON v. STATE.
No. 18604.

Court of Criminal Appeals of Texas.
Nov. 18, 1936.

Tom Bartlett, of Marlin, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for chicken theft; punishment, one year in the penitentiary.

Appellant entered his plea of guilty, after duly filing his written request to be permitted so to do. The record is here without statement of facts or bills of exceptions, and, no error appearing, the judgment will be affirmed.

## HAMILTON v. STATE.
No. 18605.

Court of Criminal Appeals of Texas.
Nov. 18, 1936.

Tom Bartlett, of Marlin, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for chicken theft; punishment, one year in the penitentiary.

This is a companion case to Joe Hamilton v. State, 98 S.W.(2d) 818, opinion this day handed down. The record before us is in the same unfortunate condition as the one referred to. There are no bills of exceptions or statement of facts.

The judgment will be affirmed.

## HAMILTON v. STATE (two cases).
Nos. 18602, 18603.

Court of Criminal Appeals of Texas.
Nov. 18, 1936.

Tom Bartlett, of Marlin, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of chickens. Upon a plea of guilty, appellant's punishment was assessed at confinement in the penitentiary for one year.

No statement of facts or bills of exception are found in the record. In this condition nothing is presented for review.

The judgment is affirmed.